UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOSE O. CINTRON ORTIZ, | : | Civil No. 09-4700 (JBS) |
| Petitioner, | : | |
| v. | : | **ORDER** |
| J. GRONDOLSKY, | : | |
| Respondent. | : | |

For the reasons stated in the Opinion filed herewith,

**IT IS on this   6th   day of   October  , 2009,**

**ORDERED** that Petitioner's motion for this Court's recusal is denied; and it is further

**ORDERED** that the Petition is dismissed, with prejudice, as to Petitioner's claims against the named Respondent; and it is further

**ORDERED** that Petitioner's implied claims against the Attorney General for the State of Massachusetts are dismissed without prejudice, as unexhausted; and it is further

**ORDERED** that, within thirty days from the date of entry of this Order, Petitioner shall submit to the Clerk Petitioner's filing fee of $5.00 or Petitioner's in forma pauperis application; and it is finally

**ORDERED** that the Clerk shall serve copies of this Order and accompanying Opinion upon Petitioner by regular U.S. mail, together with a blank application to proceed in forma pauperis in a habeas matter, and the Clerk shall close the file on this matter.

**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
United States District Judge